**Order entered October 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01168-CR

### EX PARTE LARRY JAMES BUDOW

**On Appeal from the County Criminal Court No. 9**
**Dallas County, Texas**
**Trial Court Cause No. MC18-A1502**

## ORDER

The Court is in receipt of appellant's notice of appeal from the trial court's order denying relief sought by his application for writ of habeas corpus. This is an accelerated appeal and is governed by Texas Rule of Appellate Procedure 31.

We **ORDER** the trial court to prepare a certification of appellant's right to appeal and file it with the clerk's record. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **ORDER** the Dallas County Clerk to file the clerk's record by **October 24, 2018**. We **ORDER** that the clerk's record contain copies of the indictment, the trial court's judgment, the application for writ of habeas corpus, the State's response to the writ application, any other documents filed in connection with the application for writ of habeas corpus, the trial court's order adjudicating the writ application, the trial court's findings of fact and conclusions of law, and the trial court's certification of appellant's right to appeal.

After reviewing the notice of appeal, the Court questions whether it has jurisdiction over this appeal. Appellant represents that the trial court entered its order denying his writ application on May 31, 2018. Appellant filed his notice of appeal on October 4, 2018. Appellant filed a motion to extend the time to file the notice of appeal on October 1, 2018. Under the rules of appellate procedure, both the notice of appeal and the motion to extend are untimely. *See* TEX. R. APP. P. 26.2–3; *Campbell v. State*, 320 S.W.3d 338, 339 (Tex. Crim. App. 2010); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).

To assist the Court in making a threshold determination of its jurisdiction, appellant is **DIRECTED** to file, by **October 24, 2018**, a letter brief addressing the jurisdictional issue. The State is **DIRECTED** to file any response by **November 8, 2018**. After it has reviewed the jurisdictional briefs, the Court will consider appellant's motion to extend and either dismiss the appeal for want of jurisdiction or else enter further orders setting additional deadlines.

Until the Court makes a determination of its jurisdiction, the Court will not order the court reporter to prepare the reporter's record, if any.

We **DIRECT** the Clerk to send copies of this order to the Honorable Peggy Hoffman, Presiding Judge, County Criminal Court No. 9; Sandi Morelan, official court reporter, County Criminal Court No. 9; John F. Warren, Dallas County Clerk; Larry James Budow, pro se appellant; and counsel for the State.

/s/    LANA MYERS
JUSTICE